IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

# Nos. 10-55206, 10-55225, 10-55255

In re YAHOO! LITIGATION

True Communication Inc.; Crafts by Veronica; Mika's Wedding,
*Plaintiffs-Appellees*,

*and*

O.E. Express; Eric Turkewitz; Miles Technologies, Inc.; LightTheNations.com; ChaseandSam.com; Digital Playroom, Inc.; James Owen; Randal S. Ford,
*Objectors-Plaintiffs-Appellants,*

*v.*

Yahoo Inc.; Overture Services Inc.,
*Defendants-Appellees*.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, NO. CV 06-2737
(Honorable Christina Snyder, Judge)

MOTION FOR WITHDRAWAL OF COUNSEL
AND FOR SUBSTITUTION OF COUNSEL
FOR ERIC TURKEWITZ AND MILES TECHNOLOGIES, INC.

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone:         (703) 203-3848
E-mail:        tedfrank@gmail.com

Theodore H. Frank moves to withdraw as counsel for Appellants Eric Turkewitz and Miles Technologies, Inc., in the above-captioned appeal. Neither Mr. Frank nor the Center for Class Action Fairness has received any compensation for withdrawing as counsel, and neither Mr. Frank nor the Center will seek or accept attorneys' fees for their participation in this case.

Miles Technologies, Inc., will be represented by

Daniel Haggerty
Weir & Partners LLP
The Widener Building
1339 Chestnut Street Fifth Floor
Philadelphia, PA 19107
Phone: 215-241-7752
Fax: 215-665-8464
Email: dhaggerty@weirpartners.com

Eric Turkewitz, an attorney, will represent himself *pro se*. His address is

228 East 45th Street, 17th Floor
New York, NY 10017
Phone: 212-983-5900
Email: info@turkewitzlaw.com

This substitution is at the request of Mr. Turkewitz and Miles Technologies, Inc.

September 17, 2010                    Respectfully submitted,

                                      /s/Theodore H. Frank
                                      Theodore H. Frank
                                      CENTER FOR CLASS ACTION FAIRNESS
                                      1718 M Street NW, No. 236
                                      Washington, DC 20036
                                      Phone: (703) 203-3848
                                      E-mail:    tedfrank@gmail.com