**FILED**

**SEP 23 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| O.E. EXPRESS, | No. 10-55206 |
|        Objector - Appellant, | D.C. No. 2:06-cv-02737-CAS-FMO |
| v. | Central District of California, Los Angeles |
| YAHOO!,INC.; et al., | |
|        Defendants - Appellees., | ORDER |
|   and | |
| CRAFTS BY VERONICA; et al., | |
|        Plaintiffs - Appellees. | |

PWS/Mediation

| | |
|---|---|
| TRUE COMMUNICATION INC., DBA Metrodate.com; et al., | No. 10-55225 |
|         Plaintiffs - Appellees, | D.C. No. 2:06-cv-02737-CAS-FMO |
| ERIC TURKEWITZ; et al., | Central District of California, Los Angeles |
|         Objectors - Appellants, | |
| v. | |
| YAHOO! INC.; et al., | |
|         Defendants - Appellees, | |
| and | |
| ALEXANDER BAGNE; et al., | |
|         Objectors. | |

| | |
|---|---|
| LIGHTTHENATIONS.COM; et al., | No. 10-55255 |
| Objectors - Appellants, | D.C. No. 2:06-cv-02737-CAS-FMO |
| and | Central District of California, Los Angeles |
| ALEXANDER BAGNE; et al., | |
| Objectors, | |
| v. | |
| YAHOO!,INC.; et al., | |
| Defendants - Appellees, | |
| and | |
| CRAFTS BY VERONICA; et al., | |
| Plaintiffs - Appellees. | |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation 3